BOGARDUS and others *vs.* TRINITY CHURCH.

THIS was an appeal from chancery. See case and opinion of chancellor, 4 *Paige's Ch. R.* 178, *et seq.*

The cause was argued here by

*G. Sullivan,* for the appellants.

*H. R. Storrs & B. F. Butler,* (attorney general of the U. S.) for the respondents.

Chief Justice SAVAGE read an opinion, in which he came to the conclusion that there was no error in the decree of the chancellor : either as to the matters of form passed upon by him, or upon the merits of the case, and that therefore the decree ought to be affirmed. Whereupon the decree of the chancellor was affirmed ; 15 for affirmance, 4 for reversal.

---

JACKSON, ex dem. Bradt and others, *vs.* BROOKS.

THIS was a *writ of error* from the supreme court. See case and opinion of supreme court, 8 *Wendell,* 426, *et seq.*

The cause was argued here by

*A. C. Paige,* for plaintiff in error.

*M. T. Reynolds,* for defendant in error.

The CHANCELLOR read an opinion, confirming the decisions of the supreme court. Whereupon the judgment of the supreme court was affirmed by a vote of 22 for affirmance, and *one* for reversal.

Judgment affirmed.